**DISMISS; Opinion Filed May 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00203-CV

**MICHAEL AND RHONDA SIMMONS, Appellants**
**V.**
**MARCI CLARK, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC-1300365**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice Moseley

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 20, 2014, we notified appellants the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 20, 2014, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. By letter dated April 24, 2014, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation they had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the

dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Jim Moseley/
JIM MOSELEY
JUSTICE


140203F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL AND RHONDA SIMMONS,
Appellants

No. 05-14-00203-CV        V.

MARCI CLARK, Appellee

On Appeal from the County Court at Law
No. 1, Hunt County, Texas
Trial Court Cause No. CC-1300365.
Opinion delivered by Justice Moseley.
Justices O'Neill and FitzGerald participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee MARCI CLARK recover her costs of this appeal from appellants MICHAEL AND RHONDA SIMMONS.


Judgment entered this 19th day of May, 2014.


/Jim Moseley/
JIM MOSELEY
JUSTICE